# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DCR MORTGAGE 7 SUB 1, LLC

VERSUS

LEGENDS SQUARE, LLC, MICHAEL
D. KIMBLE, MITCHELL W.
KIMBLE, KIMBLE DEVELOPMENT,
LLC, AND HORACE L. MITCHELL

NO.   2022 CW 0580

**AUGUST 12, 2022**

---

In Re:   DCR Mortgage 7 Sub 1, LLC, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 691,062.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sup_
_____
DEPUTY CLERK OF COURT
    FOR THE COURT